**Theodore M. JUDY, Plaintiff—
Appellant,**

v.

**WEST VIRGINIA UNIVERSITY BOARD OF GOVERNORS, a Public Entity, Defendant—Appellee,**

and

**Fidelity National Collections, Division of Fidelity Properties, Incorporated; West Virginia University Hospital, Incorporated, a West Virginia Corpora-**

tion and a Functional Operation Unit of West Virginia University Board of Governors, a Public Entity, Defendants.

No. 04–1615.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 30, 2004.

Decided Dec. 29, 2004.

John R. Goodwin, Las Vegas, Nevada, for Appellant.

William S. Adams, MacCorkle, Lavender, Casey & Sweeney, P.L.L.C., Morgantown, West Virginia, for Appellee.

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Theodore M. Judy appeals the district court's orders granting summary judgment to the West Virginia University Board of Governors and denying his motion for reconsideration in his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Judy v. Fid. Nat'l Collections, No. CA–02–156–1 (N.D.W. Va. Nov. 7, 2003 & Apr. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*